James A. Kohl, Esq.
NV Bar No. 5692
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address: jak@h2law.com
Attorney for Defendant Flagstar Bank
and First Option Mortgage

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LUCIA G. SANCHEZ, an individual

  Plaintiffs,

vs.

FLAGSTAR BANK, NA, a Michigan
Corporation; First Option Mortgage; MERS and
John Doe 1-20 inclusive

  Defendants

Case No.: 2:10-CV-01381

## DEFENDANT'S NOTICE OF RESOLUTION AND REQUEST FOR DISMISSAL

Defendants, by and through their counsel, James A. Kohl, Esq., of the law firm Howard & Howard Attorneys PLLC, files this Notice of Resolution. At the hearing on the Motion to Dismiss, the Court informed Plaintiff that it was inclined to grant Defendant's Motion. This matter was continued to February 3, 2011 because Plaintiff indicated that she wanted to discuss the arrearages with Defendants. Attached hereto as Exhibit 1 is a letter dated January 19, 2011, from Plaintiff to Flagstar Bank's loan servicing contractor ("Letter"). Pursuant to the Letter, Plaintiff sent a cashier's check number 075413605 in the amount of $7,186.68 ("Check"). The Check paid the overdue loan payments and all costs

1743475                                    1

associate therewith.  As a result of the payment, Plaintiff is current on her loan.  Given the

payment from Plaintiff to Flagstar, this matter is now moot.  Defendants respectfully request

that the Court dismiss this matter and vacate the hearing set for February 3, 2010 at 2:30 pm.

Dated this 28th day of January, 2011.

Howard & Howard Attorneys PLLC


/s/ James A. Kohl
James A. Kohl, Esq.
NV Bar No. 5692
3800 Howard Hughes Parkway
Suite 1400
Las Vegas, NV 89169
(702) 257-1483
jak@h2law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2011, I deposited in the Post Office of Las Vegas, Nevada, a true and correct copy of the **DEFENDANT'S NOTICE OF RESOLUTION AND REQUEST FOR DISMISSAL**, and enclosed in a sealed envelope upon which appropriate postage was fully prepaid and addressed as follows:

Lucia G. Sanchez
5816 Heron Avenue
Las Vegas, NV 89107

Lucia G. Sanchez
3116 W. Mead Avenue
Las Vegas, NV 89102

/s/ Stephanie T. George
An employee of Howard & Howard Attorneys PLLC

IT IS SO ORDERED.

PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated:  February 2, 2011

Howard & Howard Attorney PLLC
3800 Howard Hughes Pkwy., Suite 1400
Las Vegas, NV 89169
(702) 257-1483

1743475

3

# EXHIBIT 1

January 19, 2011

John Lowrie
Foreclosure Technician
46 N. Second Street
Campbell, CA 95008

      Re:    Lucia Sanchez
             T.S. No:    ~~0051 060766~~
             Loan No:
             Property:    104 Mallard Street
                           Las Vegas, Nevada 89107

Dear Mr. Lowrie:

      Pursuant to our conversation of yesterday, enclosed you will find a Cashier's Check made payable to PLM Lender Services, Inc. in the amount of $7,186.65.

      Although I absolutely refute the extra charges that have been levied upon me due to the continued refusal to accept my payments by Flagstar, it's attorney and/or PLM since November of 2010, it is my understanding relayed to me by you, that this payment brings my loan current. Please confirm this in writing to me upon reccipt of the Cashier's Check at your earliest possible convenience.

      If you have any questions or comments, please do not hesitate to contact me at 3116 W. Meade Avenue, Las Vegas, Nevada 89102.

                       Sincerely,

                       Lucia Sanchez
                       3116 W. Meade Avenue
                       Las Vegas, Nevada 89102

cc:    Flagstar Bank, N.A. - *Via Facsimile 1-888-265-6986*
       James Kohl, Esq. - *Via Facsimile 702-567-1568*

4 PAGES

PLM LENDER SERVICES, INC.
46 N. SECOND STREET
CAMPBELL, CA 95008
Tel 408 370-4030
Fax 408 370-5484

Date: 1/6/2011

Name:                    Lucia Sanchez
T.S. No:
Loan No:
Trustor:                 **LUCIA SANCHEZ**
Property Address:        **104 S MALLARD ST**
                         **LAS VEGAS, NV 89107**

Principal Balance:                          $110,612.00

Current Interest Rate:                      6.00

The amount to reinstate the above referenced loan good through 1/21/2011 is as follows:

**PAYMENTS**

| Delinquent From | Delinquent To | Payments | Amount | | Total |
|---|---|---|---|---|---|
| 08/01/2010 | 11/01/2010 | 4 | $926.78 | | $3,707.12 |
| 12/01/2010 | 01/07/2011 | 2 | $911.37 | | $1,822.74 |
| | | | | TOTAL | $5,529.86 |

**ADVANCES AND EXPENSES**
DELINQUENT LATE CHARGES:                                           $167.58
NON-ESCROW ADVANCE                                                 $16.50
**TRUSTEE'S FEES AND COSTS**
TRUSTEE FEE                                                        $487.50
DEMAND FEE                                                         $30.00
TRUSTEE SALE GUARANTEE                                             $575.40
ASSIGNMENT OF DEED OF TRUST                                        $40.00
SUBSTITUTION OF TRUSTEE                                            $40.00
RECORD NOTICE OF DEFAULT                                           $41.00
RESCISSION OF NOD                                                  $10.00
POSTING NOD                                                        $150.00
COURTESY MAILING RETURN RECEIPT                                    $16.18
TEN DAY MAILING RETURN RECEIPT                                     $40.45
5 DAY MAILINGS RETURN RECEIPT                                      $8.09
COURTESY MAILING RETURN RECEIPT                                    $8.09
FED-EX                                                             $26.00

TOTAL DUE TO BENEFICIARY:                                          $5,713.94
TRUSTEE'S FEES AND COSTS:                                          $1,472.71

TOTAL AMOUNT TO REINSTATE:                                         $7,186.65

This is an attempt to collect a debt and any information obtained will be used for that purpose. This notice is required by the Fair Debt Collections Practices Act and does not imply that we are attempting to collect money from anyone who has discharged by the debt under the Bankruptcy laws of the United States.

If funds are not submitted by 1/21/2011, you must contact our office to request updated figures.

Payment will only be accepted in the form of a cashier's check or money order made payable to **PLM LENDER SERVICES, INC.**

Additional Instructions:

Yours Truly,

JOHN LOWRIE, FORECLOSURE TECHNICIAN



# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS

**SHIP DATE:**
Wed, Jan 19, 2011

**EXPECTED DELIVERY DATE:**
THUR, JAN 20, 2011 10:30 AM

**SHIP FROM:**
THE UPS STORE #0135
RAF
3540 W SAHARA AVE
LAS VEGAS NV 89102-5816
(702) 367-6252

**SHIP TO:**
PLM LENDER SERVICES INC
46 N 2ND ST
CAMPBELL CA 95008-2026
Business

**SHIPPED THROUGH:**
THE UPS STORE #0135
LAS VEGAS ,NV 89102-5816
(702) 367-6252

**SHIPMENT INFORMATION:**
UPS Next Day Air Com
0.6 lbs actual wt (ManWt)
LTR Billed Weight
Carrier Letter Store Packed

Tracking Number: 1z7962570176762791
Shipment ID: MMDXTOEP3AFDA
Order/Item #:
Ref#:

**DESCRIPTION OF GOODS:**

**SHIPMENT CHARGES:**

| | |
|---|---|
| Next Day Air Com | $26.35 |
| Service Options | $0.00 |
| Fuel Surcharge | $2.37 |
| CMS Processing Fee | $0.20 |
| **Total** | **$28.92** |

**COMPLETE ONLINE TRACKING:**
Enter either of these addresses in your web browser to track:
http://theupsstore.com (select Tracking, enter Shipment ID #)
http://www.ups.com (select Tracking, enter Shipment ID #)
SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above

ShipmentID: MMDXTOEP3AFDA

Powered by iShip(tm)
01/19/2011 12:18 PM  Pacific Time

NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If required from the US, Shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

| 0007454 | 11-24 | | SERIAL #: 0745413605 |
| Office AU # | 1210(8) | **CASHIER'S CHECK** | ACCOUNT#: 4861-505451 |

Purchaser: **LUCIA G SANCHEZ**
Purchaser Account: 0403021820
Operator I.D.: reno1691    reno1937

**January 19, 2011**

PAY TO THE ORDER OF    ***PLM LENDER SERVICES, INC.***
***RE: LUCIA SANCHEZ***

***Seven thousand one hundred eighty-six dollars and 68 cents***    **\*\*$7,186.68\*\***

WELLS FARGO BANK, N.A.
3300 W SAHARA AVE
LAS VEGAS, NV 89102
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  7,180.00

**NON-NEGOTIABLE**

**Purchaser Copy**

| 0007454 | 11-24 | | 0745413605 |
| Office AU # | 1210(8) | **CASHIER'S CHECK** | |

Operator I.D.: reno1691    reno1937

**January 19, 2011**

PAY TO THE ORDER OF    ***PLM LENDER SERVICES, INC.***
***RE: LUCIA SANCHEZ***

***Seven thousand one hundred eighty-six dollars and 68 cents***    **\*\*$7,186.68\*\***

WELLS FARGO BANK, N.A.
3300 W SAHARA AVE
LAS VEGAS, NV 89102
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  7,186.68

*Richard Zang*
CONTROLLER

⑆0745413605⑆ ⑆121000248⑆4861 505451⑈